# FIRST MOTION FOR EXTENSION OF TIME TO FILE OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW

## TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Kenneth Green, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Appellant shows the Court the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

### I.

The Petitioner was convicted in the 385th District Court of Midland County, Texas of the offense of Agg-Assault in Cause No. CR 35821 and CR 38038 styled State of Texas VS. Kenneth Green. The Petitioner Appealed to the Court of Appeals, 11th Supreme Judicial District. The case was affirmed on Aug. 30, 2013.

### II.

The present deadline for filing the Petition for Discretionary Review is 30 days. The Petitioner has not requested any extension prior to this request.

pg. #1

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the "Mandate" decision of the Court of Criminal Appeals in his case until May 8th, 2015, the actual day of the Courts Mandate occurred on April 27th, 2015 which was 11 days after, due to a transfer to a different Unit in (TDCJ). Since that time Petitioner has been attempting to gain legal representation in this matter. The Court of Criminal Appeals decision of granting ground on pro se Applicant's Writ of Habeas Corpus was determined; and therein the said Court made its Order to Grant an (relief) Out-of-Time Petition for Discretionary Review recently... CCRA No. WR-82,072-01

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. cr 35821 and cr 38038 .

TDCJ #1738685

Ken. Green.

Kenneth L. Green
petitioner, pro se
Texas Department of Criminal Jus.
Clements Unit
9601 Spur 591
Amarillo, TX 79107

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file a Petition for Discretionary Review, has been fowarded by U.S. mail, postage prepaid, first class, to the Attorney for State, Steven Stallings, at 385th District Court, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 20th day of May, 2015.

Ken Green
Kenneth Green
Petitioner, pro se

I, Kenneth Green, TDCJ #1738685, being presently incarcerated in the Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty of perjury that the forgoing statements are true and correct. Executed on this the ___th day of May, 2015.

Ken Green
Kenneth Green
TDCJ #1738685
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

Kenneth Green
TDCJ ID# 1738685
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

May 20th 2015

Court of Criminal Appeals
P.O. Box 12308 Capitol sta.
Austin, Tx 78711-2308

Dear Clerk,

I Kenneth Green am incarcerated at the Clements Unit and do not have access to a photo machine copier. Supreme Court rule 122 states... "An inmate confined in an institution, if proceeding in Forma Pauperis and not represented by counsel, need file only an original Petition and motion." Thank you for your assistance.

Sincerly,

Ken. Green
Kenneth Green
TDCJ #1738685
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

Kenneth Green
_____
Plaintiff's name and ID Number

Clements Unit
_____
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

### APPLICATION TO PROCEED
### IN FORMA PAUPERIS

State of Texas
_____
Defendant's name and address

I, Kenneth Green , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?  Yes ☐  No ☑
   b. Rent payments, interest or dividends?  Yes ☐  No ☑
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☑
   d. Gifts or inheritances?  Yes ☐  No ☑
   e. Family or friends?  Yes ☑  No ☐
   f. Any other sources?  Yes ☐  No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   I receive small gifts of $20.00 - $40.00 once every three months, out of the year, from family.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☐  No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____

   _____

1

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____20ᵗʰ_____ day of ___May___, 20 _15_.

_____Ken Green_____        1738685
Signature of Plaintiff                   ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        05/20/15
BC52/DDA4458              IN-FORMA-PAUPERIS DATA                  05:16:45
TDCJ#: 01738685 SID#: 06856286 LOCATION: BILL CLEMENTS   INDIGENT DTE:
NAME: GREEN,KENNETH LASHON                BEGINNING PERIOD: 11/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           5.50 TOT HOLD AMT:        0.00 3MTH TOT DEP:      0.00
6MTH DEP:            121.93 6MTH AVG BAL:      113.89 6MTH AVG DEP:      20.32
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/15      127.72           0.00       01/15      143.85          81.93
03/15      133.83           0.00       12/14      109.69           0.00
02/15      143.85           0.00       11/14      112.20          40.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Potter_
ON THIS THE _20_ DAY OF _May_ _2015_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



K. HOLT
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 09-30-2016
NOTARY WITHOUT BOND